UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GRAPHON CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>     vs.<br><br>JUNIPER NETWORKS INC., a Delaware corporation, and JUNIPER NETWORKS (US) INC., a California corporation,<br><br>        Defendants. | Case No:  C 10-0384 SBA<br><br>**ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING REEXAMINATION**<br><br>Docket 182 |

The parties have filed a stipulation to stay the proceedings pending the final conclusion (including the exhaustion of all appeals) of the currently pending reexamination proceedings for the patents-in-suit, i.e., Reexamination No. 90/900,179 (for Patent No. 5,826,014) and Reexamination No. 90/009,059 (for Patent No. 6,061,798).  Good cause appearing,

IT IS HEREBY ORDERED THAT, pursuant to the parties' stipulation, the instant action is STAYED pending conclusion of the reexamination proceedings pertaining to the patents-in-suit. The Clerk of the Court shall administratively close the file pending the stay of this action.  Nothing further will take place in this action unless otherwise ordered by the Court.  Upon conclusion of the reexamination proceedings, either party shall notify the Court in writing and request that the matter be reopened, if appropriate.

IT IS SO ORDERED.

Dated: May 12, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge